THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
California Bar Number:   119926
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-8561
   Facsimile: (213) 894-7819
   Email:  jon.klinck@usdoj.gov

Attorneys for Defendants United States
Department of Labor and Elaine Chao

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLOBAL HORIZONS, INC.; GLOBAL HORIZONS MANPOWER, INC. and MORDECHAI ORIAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR and ELAINE CHAO, Secretary of the Department of Labor,<br><br>Defendants. | No. CV 06-08203 ABC (RZx)<br><br>**JUDGMENT**<br><br>The Honorable Audrey B. Collins |

The Court having reviewed the moving and opposing papers,

    IT IS ORDERED AND ADJUDGED that plaintiffs Global Horizons, Inc., Global Horizons Manpower, Inc. and Mordechai Orian take nothing, and that judgment be entered in favor of Defendants.

DATED:  May 7, 2008

*Audrey B. Collins*
_____
UNITED STATES DISTRICT JUDGE